UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24663-CV-MARTINEZ

JUAN CARLOS PORTIELES,

    Petitioner,

v.

MARK S. INCH,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 2). Magistrate Judge Reid filed a Report and Recommendation ("R&R") recommending that the Petition be denied. Judge Reid concluded that some of Petitioner's claims are unexhausted and procedurally defaulted, while others fail on the merits. (DE 22). Petitioner filed objections. (DE 30). The Court having carefully reviewed the R&R, objections, and the record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE 22) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED** and **DENY** pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE